1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10   INTELLIGENT DIRECT MARKETING,    )  BK Case No. 07-30685
     INC.,                            )  Adversary No. 09-2439
11                                    )
                         Debtor,      )
12                                    )
     _____)
13   THOMAS ACEITUNO, in his capacity )
     as trustee for the Bankruptcy    )
14   Estate of Intelligent Direct     )
     Marketing, Inc.,                 )  Case No. 2:09-CV-02898 JAM-GGH
15                                    )
                         Plaintiff,   )
16                                    )
          v.                          )
17                                    )
     TODD VOWELL; RAEANNE VOWELL;     )  **RELATED CASE ORDER**
18   BEVERLY VOWELLP; STEADFAST MAILING )
     SERVICES, INC.; SASHI CORPORATION; )
19   JEFFREY K. GARCIA; and FIDELIS   )
     MARKETING, INC.,                 )
20                                    )
                         Defendants.  )
     _____)
21   INTELLIGENT DIRECT MARKETING,    )  BK Case No. 07-30685
     INC.,                            )  Adversary No. 09-2439
22                                    )
                         Debtor,      )
     _____)
23   RAYNA SHINN,                     )
                                      )
24                       Plaintiff,   )
          v.                          )  Case No. 2:12-CV-03068 GEB-EFB
25                                    )
     _____)
     TODD VOWELL; RAEANNE VOWELL;     )
26   BEVERLY VOWELLP; STEADFAST MAILING )
     SERVICES, INC.; SASHI CORPORATION; )
27   JEFFREY K. GARCIA; and FIDELIS   )
     MARKETING, INC.,                 )
28                                    )
                         Defendants.  )
     _____)

                                  1

1    Examination of the above-entitled actions reveals that these

2  actions are related within the meaning of Local Rule 123 (E.D. Cal.

3  2005). Accordingly, the assignment of the matters to the same judge

4  and magistrate judge is likely to affect a substantial savings of

5  judicial effort and is also likely to be convenient for the

6  parties.

7    The parties should be aware that relating the cases under

8  Local Rule 123 merely has the result that these actions are

9  assigned to the same judge and magistrate judge; no consolidation

10 of the actions is effected.  Under the regular practice of this

11 court, related cases are generally assigned to the judge and

12 magistrate judge to whom the first filed action was assigned.

13    IT IS THEREFORE ORDERED that the action denominated 2:12-CV-

14 03068 GEB-EFB be reassigned to Judge John A. Mendez for all further

15 proceedings, and any dates currently set in this reassigned case

16 only are hereby VACATED.  Henceforth, the caption on documents

17 filed in the reassigned case shall be shown as 2:12-CV-03068 JAM-

18 EFB.

19    IT IS FURTHER ORDERED that the Clerk of the Court make

20 appropriate adjustment in the assignment of civil cases to

21 compensate for this reassignment.

22    IT IS SO ORDERED.

23 Dated:  April 4, 2013        /s/ John A. Mendez_____
                               JOHN A. MENDEZ
24                             United States District Court Judge

25

26

27

28

2