UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTELLIGENT DIRECT MARKETING, INC., | ) ) | BK Case No. 07-30685<br>Adversary No. 09-2439 |
| Debtor, | ) ) ) | |
| THOMAS ACEITUNO, in his capacity as trustee for the Bankruptcy Estate of Intelligent Direct Marketing, Inc., | ) ) ) ) ) | Case No. 2:09-CV-02898 JAM-GGH |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TODD VOWELL; RAEANNE VOWELL; BEVERLY VOWELLP; STEADFAST MAILING SERVICES, INC.; SASHI CORPORATION; JEFFREY K. GARCIA; and FIDELIS MARKETING, INC., | ) ) ) ) ) ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| INTELLIGENT DIRECT MARKETING, INC., | ) ) | BK Case No. 07-30685<br>Adversary No. 09-2439 |
| Debtor, | ) ) ) | |
| RAYNA SHINN, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 2:12-CV-03068 GEB-EFB |
| TODD VOWELL; RAEANNE VOWELL; BEVERLY VOWELLP; STEADFAST MAILING SERVICES, INC.; SASHI CORPORATION; JEFFREY K. GARCIA; and FIDELIS MARKETING, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

1

1       Examination of the above-entitled actions reveals that these
2  actions are related within the meaning of Local Rule 123 (E.D. Cal.
3  2005). Accordingly, the assignment of the matters to the same judge
4  and magistrate judge is likely to affect a substantial savings of
5  judicial effort and is also likely to be convenient for the
6  parties.
7       The parties should be aware that relating the cases under
8  Local Rule 123 merely has the result that these actions are
9  assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13      IT IS THEREFORE ORDERED that the action denominated 2:12-CV-
14 03068 GEB-EFB be reassigned to Judge John A. Mendez for all further
15 proceedings, and any dates currently set in this reassigned case
16 only are hereby VACATED.  Henceforth, the caption on documents
17 filed in the reassigned case shall be shown as 2:12-CV-03068 JAM-
18 EFB.
19      IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.
22      IT IS SO ORDERED.
23 Dated:  April 4, 2013           /s/ John A. Mendez_____
                                   JOHN A. MENDEZ
24                                 United States District Court Judge